**Order entered December 20, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01068-CV

### SALVADOR ESPARZA DEL POLO, Appellant

### V.

### DAVID JOSE VALENZUELA JURADO, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-07612**

### ORDER

Before the Court is the December 16, 2022 request of Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **December 23, 2022**.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE